UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANGELO A. GONZALEZ                             CIVIL ACTION

VERSUS                                         NO. 09-7707

LT. RONNIE SEAL, ET. AL                        SECTION "J" (4)

**O R D E R**

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Defendant's objections hereby OVERRULES Defendant's Objections and approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Angelo A. Gonzalez's **Motion for a Temporary Restraining Order and/or Preliminary Injunction with Order for Hearing (Rec. Doc. No. 6)** is **DENIED**.

New Orleans, Louisiana, this 23rd day of April, 2010.

UNITED STATES DISTRICT JUDGE