# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELO A. GONZALEZ | CIVIL ACTION |
| VERSUS | NO. 09-7707 |
| LT. RONNIE SEAL, ET. AL | SECTION "J" (4) |

## O R D E R

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Defendant's objections hereby OVERRULES Defendant's Objections and approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

**IT IS ORDERED** that Angelo A. Gonzalez's **Motion for Summary Judgment (Rec. Doc. No. 20)** is **DENIED** without prejudice as premature..

New Orleans, Louisiana, this 23rd day of April, 2010.

_____
**UNITED STATES DISTRICT JUDGE**