UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANGELO A. GONZALEZ                                    CIVIL ACTION

VERSUS                                                NO. 09-7707

LT. RONNIE SEAL, ET. AL                               SECTION "J" (4)

**O R D E R**

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Defendant's objections hereby OVERRULES Defendant's Objections and approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

**IT IS ORDERED** that Angelo A. Gonzalez's **Request for Prospective Declaratory Judgment (Rec. Doc. No. 21)** is **DENIED**.

New Orleans, Louisiana, this 23rd day of April, 2010.

_____
**UNITED STATES DISTRICT JUDGE**